FILED
CLERK, U.S. DISTRICT COURT

Aug 17, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

1  Craig R. Bockman (State Bar No. 105485)
   crbockman@jonesbell.com
2  Austin D. Schaefer (State Bar No. 305662)
   adschaefer@jonesbell.com
3  JONES, BELL, ABBOTT, FLEMING & FITZGERALD L.L.P.
   601 South Figueroa Street, 27th Floor
4  Los Angeles, California 90017-5759
   Telephone:  (213) 485-1555
5  Facsimile:  (213) 689-1004

6  Attorneys for Defendant
   Jackson National Life Insurance Company
7

8             UNITED STATES DISTRICT COURT            JS-6

9             CENTRAL DISTRICT OF CALIFORNIA

10

11 VALERIE HENDERSON-BROWN, as          Case No. 2:16-cv-2125 SVW–MRW
   successor in interest and personal
12 representative of DWAYNE BROWN,
   deceased,
13                                      ORDER ON
                 Plaintiff,             STIPULATION FOR DISMISSAL
14
         v.
15
   JACKSON NATIONAL LIFE
16 DISTRIBUTORS, a Michigan
   Corporation; and DOES 1 through 10,
17 inclusive,

18               Defendants.

19

20 ///    IT IS SO ORDERED.
21 ///
22 ///    DATED: _August 17, 2016_____
23 ///
24 ///           _____/s/ Stephen V. Wilson_____
25 ///           STEPHEN V. WILSON
26 ///           UNITED STATES DISTRICT JUDGE
27 ///
28 ///
                          - 1 -
                                        STIPULATION FOR DISMISSAL
                                        Case No. 2:16-cv-2125 SVW–MRW

**WHEREAS,** the parties have settled the case;

**IT IS HEREBY STIPULATED,** by and between counsel for the Plaintiff and counsel for Defendant that the above-captioned action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1).

Dated: August 16, 2016

**Jones, Bell, Abbott, Fleming & Fitzgerald L.L.P.**
Craig R. Bockman
Austin D. Schaefer

By: _____/S/_____
Craig R. Bockman
Attorneys for Defendant Jackson National Life Insurance Company

Dated: August 16, 2016

**Filer Palmer LLP**
Justin A. Palmer

By: _____/S/_____
Justin A. Palmer
Attorneys for Plaintiff Valerie Henderson-Brown